UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHALA SOEUNG,

                Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

C20-254 TSZ

ORDER

THIS MATTER comes before the Court on the Report and Recommendation ("R&R"), docket no. 6, of the Honorable Michelle L. Peterson, United States Magistrate Judge.  Petitioner has been released from custody, and the copies of the R&R that were mailed to petitioner at the Northwest Detention Center were returned as undeliverable.  *See* docket no. 7.  Petitioner has not provided the Court with updated contact information and has not filed any objections to the R&R.

Having reviewed the record, the Court ORDERS as follows:

(1)    The R&R is ADOPTED, and this action is DISMISSED without prejudice as moot; and

(2)    The Clerk is directed to send a copy of this Order to the parties and to Magistrate Judge Peterson.

IT IS SO ORDERED.

Dated this 22nd day of May, 2020.

                                          Thomas S. Zilly
                                          United States District Judge